1  JUDY M. IRIYE, Bar No. 211360
   jiriye@littler.com
2  COURTNEY S. HOBSON, Bar No. 252322
   chobson@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East
4  5th Floor
   Los Angeles, CA  90067.3107
5  Telephone:  310.553.0308
   Facsimile:   310.553.5583
6
   Attorneys for Defendants
7
   NAPOLI BERN RIPKA & ASSOCIATES,
8  LLP; NAPOLI BERN RIPKA SHKOLNIK &
   ASSOCIATES, LLP;
9  NAPOLI BERN RIPKA SHKOLNIK, LLP;
   NAPOLI BERN RIPKA, LLP;
10 NAPOLI KAISER BERN, LLP;
   MARC J. BERN; AND PAUL J. NAPOLI
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC I. WILLICK, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA, LLP, a purported limited liability partnership; NAPOLI KAISER BERN, LLP, a purported limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No.  2:15-cv-652<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. Proc., R. 7.1]<br><br>Removal Filed: January 28, 2015 |

DEFENDANTS' CORPORATE DISCLOSURE                    1.

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF MARC I.
2  WILLICK AND HIS ATTORNEY OF RECORD:

3  The undersigned, counsel of record for Defendants NAPOLI BERN RIPKA &
4  ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP;
5  NAPOLI BERN RIPKA SHKOLNIK, LLP; NAPOLI BERN RIPKA, LLP; NAPOLI
6  KAISER BERN, LLP; MARC J. BERN; and PAUL J. NAPOLI ("Defendants")
7  hereby submit the following Corporate Disclosure Statement pursuant to Federal
8  Rules of Civil Procedure, Rule 7.1:

9  Defendants NAPOLI BERN RIPKA & ASSOCIATES, LLP; NAPOLI BERN
10 RIPKA SHKOLNIK & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK,
11 LLP; NAPOLI BERN RIPKA, LLP; NAPOLI KAISER BERN, LLP are not publicly-
12 held corporations – all are limited liability partnerships.  No publicly-held corporation
13 owns 10% or more of any of the Defendant entities.

14 A supplemental corporate disclosure statement will be filed upon any change in
15 the information provided herein in accordance with Federal Rules of Civil Procedure,
16 Rule 7.1.

17 Dated:   January 28, 2015

19                                                      /s/ *Courtney Hobson*
20                                                      JUDY M. IRIYE
                                                        COURTNEY S. HOBSON
21                                                      LITTLER MENDELSON, P.C.
                                                        Attorneys for Defendants NAPOLI
22                                                      BERN RIPKA & ASSOCIATES,
                                                        LLP; NAPOLI BERN RIPKA
23                                                      SHKOLNIK & ASSOCIATES, LLP;
                                                        NAPOLI BERN RIPKA SHKOLNIK,
24                                                      LLP; NAPOLI BERN RIPKA, LLP;
                                                        NAPOLI KAISER BERN, LLP;
25                                                      MARC J. BERN; AND PAUL J.
                                                        NAPOLI

26 Firmwide:131375611.2 999999.3072

**DEFENDANTS'
CORPORATE DISCLOSURE**       1.