1  JUDY M. IRIYE, Bar No. 211360
   jiriye@littler.com
2  COURTNEY S. HOBSON, Bar No. 252322
   chobson@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East
4  5th Floor
   Los Angeles, CA  90067.3107
5  Telephone:  310.553.0308
   Facsimile:   310.553.5583
6
   Attorneys for Defendants
7
   NAPOLI BERN RIPKA & ASSOCIATES,
8  LLP; NAPOLI BERN RIPKA SHKOLNIK &
   ASSOCIATES, LLP;
9  NAPOLI BERN RIPKA SHKOLNIK, LLP;
   NAPOLI BERN RIPKA, LLP;
10 NAPOLI KAISER BERN, LLP;
   MARC J. BERN; AND PAUL J. NAPOLI
11
12                 UNITED STATES DISTRICT COURT
13                 CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| MARC I. WILLICK, an individual,, | Case No.  2:15-cv-652 |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF INTERESTED PARTIES** |
| NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA, LLP, a purported limited liability partnership; NAPOLI KAISER BERN, LLP, a purported limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; and DOES 1 through 50, | [C.D. CAL. LOCAL RULES, R. 7.1-1]<br><br>Removal Filed: January 28, 2015 |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DEFENDANTS' NOTICE OF
INTERESTED PARTIES**

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF MARC I.

2  WILLICK AND HIS ATTORNEY OF RECORD:

3         The undersigned, counsel of record for Defendants NAPOLI BERN

4  RIPKA & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK &

5  ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK, LLP; NAPOLI BERN

6  RIPKA, LLP; NAPOLI KAISER BERN, LLP; MARC J. BERN; and PAUL J.

7  NAPOLI ("Defendants") in the above-captioned matter, certifies that to Defendants'

8  knowledge there are no interested parties in the outcome of this case other than:

9         1.    Plaintiff MARC I. WILLICK;

10        2.    Defendant NAPOLI BERN RIPKA & ASSOCIATES, LLP;

11        3.    Defendant NAPOLI BERN RIPKA SHKOLNIK &

12              ASSOCIATES, LLP;

13        4.    Defendant NAPOLI BERN RIPKA SHKOLNIK, LLP;

14        5.    Defendant NAPOLI BERN RIPKA, LLP;

15        6.    Defendant NAPOLI KAISER BERN, LLP;

16        7.    Defendant MARC J. BERN;

17        8.    Defendant PAUL J. NAPOLI;

18        9.    LITTLER MENDELSON, P.C.— Counsel for Defendants

19              NAPOLI BERN RIPKA & ASSOCIATES, LLP; NAPOLI BERN

20              RIPKA SHKOLNIK & ASSOCIATES, LLP; NAPOLI BERN

21              RIPKA SHKOLNIK, LLP; NAPOLI BERN RIPKA, LLP;

22              NAPOLI KAISER BERN, LLP; MARC J. BERN; and PAUL J.

23              NAPOLI;

24        10.   PIRCHER, NICHOLS & MEEKS — Counsel for Plaintiff.

25

26

27

28

**DEFENDANTS' NOTICE OF INTERESTED PARTIES**                    1.

1    These representations are made to enable the Court to evaluate possible

2  disqualification or recusal.

3  Dated:    January 28, 2015

4

5                                                        /s/ *Courtney Hobson*
                                                         JUDY M. IRIYE
6                                                        COURTNEY S. HOBSON
                                                         LITTLER MENDELSON, P.C.
7                                                        Attorneys for Defendants NAPOLI
                                                         BERN RIPKA & ASSOCIATES,
8                                                        LLP; NAPOLI BERN RIPKA
                                                         SHKOLNIK & ASSOCIATES, LLP;
9                                                        NAPOLI BERN RIPKA SHKOLNIK,
                                                         LLP; NAPOLI BERN RIPKA, LLP;
10                                                       NAPOLI KAISER BERN, LLP;
                                                         MARC J. BERN; AND PAUL J.
11                                                       NAPOLI

12  Firmwide:131371528.2 999999.3072

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28