JUDY M. IRIYE, Bar No. 211360
jiriye@littler.com
COURTNEY S. HOBSON, Bar No. 252322
chobson@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendants

NAPOLI BERN RIPKA & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK, LLP; NAPOLI BERN RIPKA, LLP; NAPOLI KAISER BERN, LLP; MARC J. BERN; AND PAUL J. NAPOLI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC I. WILLICK, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA, LLP, a purported limited liability partnership; NAPOLI KAISER BERN, LLP, a purported limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; and DOES 1 through 50, <br><br> Defendants. | Case No.  2:15-cv-652 <br><br> **DEFENDANTS' NOTICE OF RELATED CASES** <br><br> [C.D. Cal. Local Rules, R. 83-1.3.1] <br><br> Complaint Filed: October 15, 2014 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

DEFENDANTS' NOTICE OF RELATED CASES

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Pursuant to Local Rule 83-1.3 of the United States District Court for the Central District of California, Defendants NAPOLI BERN RIPKA & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK, LLP; NAPOLI BERN RIPKA, LLP; NAPOLI KAISER BERN, LLP; MARC J. BERN; and PAUL J. NAPOLI ("Defendants") hereby aver that, to their knowledge, no action previously filed in the Central District appears to arise from the same or substantially identical transactions, happenings, or events as those alleged in the underlying action.

To Defendants' knowledge, no action previously filed or currently pending in the Central District appears to call for a determination of the same or substantially identical questions of law and fact or will entail substantial duplication of labor if heard by different judges.

Dated: January 28, 2015

/s/ *Courtney Hobson*
JUDY M. IRIYE
COURTNEY S. HOBSON
LITTLER MENDELSON, P.C.
Attorneys for Defendants NAPOLI BERN RIPKA & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP; NAPOLI BERN RIPKA SHKOLNIK, LLP; NAPOLI BERN RIPKA, LLP; NAPOLI KAISER BERN, LLP; MARC J. BERN; AND PAUL J. NAPOLI

Firmwide:131371594.2 999999.3072

DEFENDANTS' NOTICE OF RELATED CASES

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308