| | |
|---|---|
| MARC I. WILLICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA, LLP, a purported limited liability partnership; NAPOLI KAISER BERN, LLP, a purported limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; NAPOLI BERN, LLP, a limited liability partnership; NAPOLI, KAISER, BERN & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN & ASSOCIATES, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, a limited liability partnership; | CASE NO. 2:15-cv-00652 AB (CEx)<br><br>[Assigned to Hon. André Birotte Jr.; and Magistrate Judge Charles F. Eick]<br><br>**[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD FOR PLAINTIFF MARC WILLICK AND AGAINST DEFENDANT NAPOLI BERN RIPKA & ASSOCIATES, LLP** |

LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP, a limited liability partnership; PASTERNACK TILKER NAPOLI BERN, LLP, a limited liability partnership; NAPOLI SHKOLNIK PLLC, a professional limited liability company; NAPOLI LAW PLLC, a professional limited liability company; PAUL NAPOLI LAW PLLC, a professional limited liability company; BERN RIPKA LLP, a limited liability partnership; MARC J. BERN & PARTNERS LLP, a limited liability partnership; NAPOLI & BERN, LLP, a limited liability partnership; MARC J. BERN PLLC, a professional limited liability company; NAPOLI, KAISER & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN, KRENTSEL & GUZMAN, LLP, a limited liability partnership; WORBY, GRONER, EDELMAN & NAPOLI, BERN, LLP, a limited liability partnership; PAUL NAPOLI PLLC, a professional limited liability company, and DOES 1 through 50,

    Defendants.

## JUDGMENT

On September 13, 2018, the Court issued an order granting Plaintiff Marc Willick's ("Willick") Motion to Confirm the Final Award on Willick's Claims Against Defendant Napoli Bern Ripka & Associates, LLP ("Napoli Bern") (the "Final Award," Dkt. No 134-3, Ex. 13). The Court therefore enters judgment as follows.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

 (i) Judgment is hereby entered in favor of Willick and against Napoli Bern in accordance with the Final Award;

 (ii) The Final Award is confirmed in all respects;

 (iii) On Willick's First Cause of Action, Willick is entitled to $3,355,260.00 for his share of the fees received by Napoli Bern on cases referred to Napoli Bern by

399552.1                              Case No. 2:15-cv-00652-AB (CEx)

[PROPOSED] Judgment Confirming Arbitration Award

Willick's Referral Sources;

(iv)   On Willick's Second Cause of Action, Willick is awarded damages against Napoli Bern in the amount of $3,355,260.00 and prejudgment interest in the amount of $724,198.53, for a total of $4,079,458.53;

(v)   Willick is also awarded monetary sanctions against Napoli Bern in the amount of $44,198.00; and

(vi)   The relief granted above will be the only relief granted to Willick against Napoli Bern on his claims against Napoli Bern.  However, nothing contained in the Final Award or this Judgment shall impair Willick's rights with respect to, or any of his claims against, any Defendant other than Napoli Bern.

**IT IS SO ORDERED.**

DATED:  October 24, 2018

_____
Honorable André Birotte Jr.

399552.1                                                                                                       Case No. 2:15-cv-00652-AB (CEx)
[PROPOSED] Judgment Confirming Arbitration Award