JAMES GOLDMAN (State Bar No. 57127)
jgoldman@millerbarondess.com
COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff MARC I. WILLICK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARC I. WILLICK, an individual, | **CASE NO. 2:15-cv-00652-AB-CE** |
| Plaintiff, | [Assigned for to Hon. Andre Birotte, Jr.; and Magistrate Judge Charles F. Eick] |
| v. | |
| NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA, LLP, a purported limited liability partnership; NAPOLI KAISER BERN, LLP, a purported limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; NAPOLI BERN, LLP, a limited liability partnership; NAPOLI, KAISER, BERN & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN & ASSOCIATES, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, a limited liability partnership; | **PROOF OF SERVICE**<br><br>Action filed:   12/12/14 (Los Angeles County Superior Court<br>Trial Date:    None set |

| | |
|---|---|
| 1 | LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP, a limited liability partnership; PASTERNACK TILKER NAPOLI BERN, LLP, a limited liability partnership; NAPOLI SHKOLNIK PLLC, a professional limited liability company; NAPOLI LAW PLLC, a professional limited liability company; PAUL NAPOLI LAW PLLC, a professional limited liability company; BERN RIPKA LLP, a limited liability partnership; MARC J. BERN & PARTNERS LLP, a limited liability partnership; NAPOLI & BERN, LLP, a limited liability partnership; MARC J. BERN PLLC, a professional limited liability company; NAPOLI, KAISER & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN, KRENTSEL & GUZMAN, LLP, a limited liability partnership; WORBY, GRONER, EDELMAN & NAPOLI, BERN, LLP, a limited liability partnership; PAUL NAPOLI PLLC, a professional limited liability company, and DOES 1 through 50, |
| 15 | Defendants. |

| Attorney or Party without Attorney:<br>MILLER BARONDESS, LLP<br>JAMES GOLDMAN (57127)<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone No: 310-552-4400<br>Attorney For: Plaintiff | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Central District of California | | | | |
| Plaintiff: MARC I. WILLICK, an individual<br>Defendant: NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership, et al | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-cv-00652-AB-E |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action on the First Amended Complaint, First Amended Complaint

3. a. Party served:    NAPOLI, KAISER & ASSOCIATES, LLP
   b. Person served:   Paul Napoli, Agent for Service of Process
                       Served under F.R.C.P. Rule 4.

4. Address where the party was served:   114 Old Country Rd, Suite 616, Mineloa, NY 11501

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 21 2018 (2) at: 11:05 AM

6. **Person Who Served Papers:**
   a. Matthew Donovan
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

STUART PUDELL
Notary Public, State of New York
No. 02PU6026074
Qualified in Nassau County
Commission Expires June 7, 2019

11/26/2018
(Date)                                (Signature)



PROOF OF SERVICE

2834707
(3799976)

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2018, I electronically filed the foregoing **Proof of Service** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Traci S. Lagasse, Esq.<br>Kelly Drew Folger, Esq.<br>ANDREWS, LAGASSE, BRANCH &<br>BELL, LLP<br>4365 Executive Drive, Suite 950<br>San Diego, CA 92121<br>Tel.: (858) 461-6606 / Fax: (858) 461-6607<br>Email:<br>    tlagasse@albblaw.com<br>      kfolger@albblaw.com<br>      aamezcua@albblaw.com<br>      mpark@albblaw.com | *Attorneys for Defendants*<br>*MARC J. BERN* |
| Stephen J. Erigero<br>Tahereh Mahmoudian<br>Kimberly Cederquist<br>James Hildebrand<br>ROPERS, MAJESKI, KOHN &<br>BENTLEY<br>445 South Figueroa Street, Suite 3000<br>Los Angeles, CA 90071<br>Telephone: (213) 312-2000<br>Facsimile: (213) 312-2001<br>Email:<br>    stephen.erigero@rmkb.com<br>    Tahereh.mahmoudian@rmkb.com<br>    Kimberly.cederquist@rmkb.com<br>     James.Hildebrand@rmkb.com | *Attorneys for Defendants*<br>*NAPOLI BERN RIPKA &*<br>*ASSOCIATES, LLP;*<br>*NAPOLI BERN RIPKA SHKOLNIK &*<br>*ASSOCIATES, LLP;*<br>*NAPOLI BERN RIPKA SHKOLNIK,*<br>*LLP;*<br>*NAPOLI BERN RIPKA LLP;*<br>*NAPOLI KAISER BERN LLP* |

Todd E. Croutch, Esq.
FRASER, WATSON & CROUTCH, LLP
100 W. Broadway
Suite 650
Glendale, CA 91210
Tel.: (818) 543-1380 / Fax: (818) 543-1389
Email: tcroutch@fwcllp.com

*Attorneys for Defendant*
*PAUL J. NAPOLI*

_____
Alexandria Alamango