Richard L. Charnley (State Bar No. 70430)
Annie Rian (State Bar No. 260960)
**CHARNLEY RIAN LLP**
12121 Wilshire Blvd. Suite 600
Los Angeles, CA 90025
Telephone: 310.321.4300
Facsimile: 310.893.0273
Email: rlc@charnleyrian.com
ar@charnleyrian.com

Attorneys for Defendants, PAUL NAPOLI, PLLC, PAUL NAPOLI LAW, PLLC, NAPOLI KAISER & ASSOCIATES, LLP, AND NAPOLI LAW, PLLC, NAPOLI SHKOLNIK, PLLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DISTRICT

| | |
|---|---|
| MARC I. WILLICK, an individual, | Case No. 2:15-cv-00652-AB-CE |
| Plaintiff, | *[Assigned to Hon. Andre Birotte, Jr.; and Magistrate Judge Charles F. Eick]* |
| v. | |
| NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA, LLP, a purported limited liability partnership; NAPOLI KAISER BERN, LLP, a purported limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; NAPOLI BERN, LLP, a limited liability partnership; NAPOLI, KAISER, BERN & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN & ASSOCIATES, LLP, a limited Liability partnership; LAW OFFICES OF NAPOLI BERN, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, a limited liability partnership; | **DECLARATION OF PAUL NAPOLI IN SUPPORT OF NAPOLI KAISER & ASSOCIATES LLP'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**<br><br>Hearing Date: 03/01/2019<br>Time: 10:00 a.m.<br>Courtroom: Hon. Andre Birotte |

| | |
|---|---|
| 1 | LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP, a limited liability partnership; PASTERNACK TILKER NAPOLI BERN, LLP, limited liability partnership; NAPOLI SHKOLNIK PLLC, a professional limited liability company; NAPOLI LAW PLLC, a professional limited liability company; PAUL NAPOLI LAW PLLC, a professional limited liability company; BERN RIPKA LLP, a limited liability partnership; MARC J. BERN & PARTNERS LLP, a limited liability partnership; NAPOLI & BERN LLP a limited liability partnership; MARC J. BERN PLLC, a professional limited liability company; NAPOLI, KAISER & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN, KRENSTEL & GUZMAN, LLP, a limited liability partnership; WORBY, GRONER, EDELMAN & NAPOLI, BERN, LLP, a limited liability partnership; PAUL NAPOLI PLLC, a professional limited liability company, and DOES 1 through 50, |
| | Defendants. |

I, Paul Napoli, hereby declare as follows:

1. I was a partner of Napoli Kaiser and Associates LLP (the "Firm") and have personal knowledge of all matters stated herein.

2. There were three partners of the Firm, myself, Marie Kaiser, and Gerald Kaiser.

3. The Firm was registered with the New York State Division of Corporations on March 12, 1997. Marie left the firm on or about February 2, 2000. The firm began to wind down after this time. The firm stopped operating sometime in 2003. The Firm's registration was revoked on July 25, 2012.

-1-
DECLARATION OF PAUL NAPOLI IN SUPPORT OF NAPOLI KAISER & ASSOCIATES LLP'S MOTION TO DISMISS

Attached hereto as Exhibit A is a true and correct copy of the Entity Information from the New York Divisions of Corporations for The Firm.

4. The Firm only conducted business in the state of New York and New Jersey when it was operating. It never had any California cases, offices, or employees.

5. The Firm is not handling, nor has it ever handled, any cases allegedly referred by Plaintiff Marc I. Willick ("Willick").

6. The Firm never entered into any agreements with Willick.

7. The Firm has a single office in the state of New York, located at 115 Broadway, 12th Floor, New York, New York 10006. The Firm maintained this office since March 12, 1997 until approximately 2003 when it stopped operating.

8. The Firm has never assumed the liability of Napoli Bern Ripka & Associates, LLP.

9. The Firm has never received any transfer of assets from Napoli Bern Ripka & Associates, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 11, 2019

_____
PAUL NAPOLI

-2-
DECLARATION OF PAUL NAPOLI IN SUPPORT OF NAPOLI KAISER & ASSOCIATES LLP'S MOTION TO DISMISS

# EXHIBIT A

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through January 10, 2019.

Selected Entity Name: NAPOLI, KAISER, & ASSOCIATES, LLP
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | NAPOLI, KAISER, & ASSOCIATES, LLP |
| DOS ID #: | 2122015 |
| Initial DOS Filing Date: | MARCH 12, 1997 |
| County: | |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP |
| Current Entity Status: | INACTIVE - Revocation of Registration (Jul 25, 2012) |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
NAPOLI, KAISER, & ASSOCIATES, LLP
115 BROADWAY
12TH FL
NEW YORK, NEW YORK, 10006

**Principal Executive Office**
NAPOLI, KAISER, & ASSOCIATES, LLP
115 BROADWAY
12TH FL
NEW YORK, NEW YORK, 10006

**Registered Agent**
NONE

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 12, 1997 | Actual | NAPOLI, KAISER, & ASSOCIATES, LLP |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us