STEPHEN J. ERIGERO (SBN 121616)
TAHEREH MAHMOUDIAN (SBN 217120)
**ROPERS, MAJESKI, KOHN & BENTLEY**
445 South Figueroa Street, Suite 3000
Los Angeles, California 90071
Telephone: (213) 312-2000
Facsimile:  (213) 312-2001
Email:      stephen.erigero@rmkb.com
Email:      tahereh.mahmoudian@rmkb.com

Attorneys for Defendants LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES LLP; LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP; LAW OFFICES OF NAPOLI BERN, LLP; NAPOLI & BERN LLP; NAPOLI BERN LLP; NAPOLI KAISER BERN & ASSOCIATES LLP; NAPOLI, BERN & ASSOCIATES, LLP; NAPOLI, BERN, KRENTSEL & GUZMAN, LLP; and WORBY, GRONER, EDELMAN & NAPOLI, BERN, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARC I. WILLICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAPOLI BERN RIPKA & ASSOCIATES, LLP, a limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a limited liability partnership; NAPOLI BERN RIPKA, LLP, a limited liability partnership; NAPOLI KAISER BERN, LLP, a limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; NAPOLI BERN, LLP, a limited liability partnership; NAPOLI, KAISER, BERN & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN & ASSOCIATES, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES LLP, a limited liability partnership; LAW OFFICES OF | Case No.  CV 15-00652-AB (Ex)<br><br>*Hon. André Birotte, Jr. – Courtroom 7B*<br><br>**NEWLY-SERVED DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>**(Local Rule 7.1-1)**<br><br>DATE:       February 15, 2019<br>TIME:       10:00 a.m.<br>CTRM:      7B |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | NAPOLI BERN RIPKA SHKOLNIK LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP, a limited liability partnership; PASTERNACK TILKER NAPOLI BERN, LLP, a limited liability partnership; NAPOLI SHKOLNIK PLLC, a professional limited liability company; NAPOLI LAW PLLC, a professional limited liability company; PAUL NAPOLI LAW PLLC, a professional limited liability company; BERN RIPKA LLP, a limited liability partnership; MARC J. BERN & PARTNERS LLP, a limited liability partnership; NAPOLI & BERN, LLP, a limited liability partnership; MARC J. BERN PLLC, a professional limited liability company; NAPOLI, KAISER & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN, KRENTSEL & GUZMAN, LLP, a limited liability partnership; WORBY, GRONER, EDELMAN & NAPOLI, BERN, LLP, a limited liability partnership; PAUL NAPOLI PLLC, a professional limited liability company, and DOES 1 through 50,<br><br>                         Defendants. |

18  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

19      The undersigned, counsel of record for nine newly-served partnerships,

20  (1) Law Offices of Napoli Bern Ripka & Associates LLP; (2) Law Offices of

21  Napoli Bern Ripka Shkolnik LLP; (3) Law Offices of Napoli Bern, LLP; (4) Napoli

22  & Bern LLP; (5) Napoli Bern LLP; (6) Napoli Kaiser Bern & Associates LLP;

23  (7) Napoli, Bern & Associates, LLP; (8) Napoli, Bern, Krentsel & Guzman, LLP;

24  and (9) Worby, Groner, Edelman & Napoli, Bern, LLP, certifies that the following

25  listed parties may have a pecuniary interest in the outcome of this case. These

26  representations are made to enable the Court to evaluate possible disqualification or

27  recusal.

28  / / /

(1) Law Offices of Napoli Bern Ripka & Associates LLP, a limited liability partnership formed pursuant to the laws of the state of Delaware with principal place of business in the state of New York.

(2) Law Offices of Napoli Bern Ripka Shkolnik LLP, a limited liability partnership formed pursuant to the laws of the state of Delaware with principal place of business in the state of New York.

(3) Law Offices of Napoli Bern, LLP, a limited liability partnership formed pursuant to the laws of the state of Delaware with principal place of business in the state of New York.

(4) Napoli & Bern LLP, a limited liability partnership formed pursuant to the laws of the state of New York and with its principal place of business in New York.

(5) Napoli Bern LLP, a limited liability partnership formed pursuant to the laws of the state of New York and with its principal place of business in New York.

(6) Napoli Kaiser Bern & Associates LLP, a limited liability partnership formed pursuant to the laws of the state of New York and with its principal place of business in New York.

(7) Napoli, Bern & Associates, LLP, a limited liability partnership formed pursuant to the laws of the state of New York and with its principal place of business in New York.

(8) Napoli, Bern, Krentsel & Guzman, LLP, a limited liability partnership formed pursuant to the laws of the state of New York with its principal place of business in New York.

(9) Worby, Groner, Edelman & Napoli, Bern, LLP, a limited liability partnership formed pursuant to the laws of the state of New York with its principal place of business in New York.

(10) Evanston Insurance Company, an Illinois Corporation, insurance carrier for all the above partnerships, except for Napoli & Bern, LLP.

| | |
|---|---|
| 1 | |
| 2  Dated: January 15, 2019 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 3 | |
| 4 | By: */s/ Tahereh Mahmoudian* |
| 5 | STEPHEN J. ERIGERO<br>TAHEREH MAHMOUDIAN |
| 6 | Attorneys for Defendants<br>LAW OFFICES OF NAPOLI BERN |
| 7 | RIPKA & ASSOCIATES LLP; LAW<br>OFFICES OF NAPOLI BERN RIPKA |
| 8 | SHKOLNIK LLP; LAW OFFICES OF<br>NAPOLI BERN, LLP; NAPOLI & BERN |
| 9 | LLP; NAPOLI BERN LLP; NAPOLI<br>KAISER BERN & ASSOCIATES LLP; |
| 10 | NAPOLI, BERN & ASSOCIATES, LLP;<br>NAPOLI, BERN, KRENTSEL & |
| 11 | GUZMAN, LLP; and WORBY, GRONER,<br>EDELMAN & NAPOLI, BERN, LLP |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles