1  Richard L. Charnley (State Bar No. 70430)
   Annie Rian (State Bar No. 260960)
2  **CHARNLEY RIAN LLP**
   12121 Wilshire Blvd. Suite 600
3  Los Angeles, CA 90025
   Telephone:  310.321.4300
4  Facsimile:  310.893.0273
   Email:      rlc@charnleyrian.com
5              ar@charnleyrian.com

6  Attorneys for Defendants, PAUL NAPOLI,
   PLLC, PAUL NAPOLI LAW, PLLC,
7  NAPOLI KAISER & ASSOCIATES, LLP,
   AND NAPOLI LAW, PLLC, NAPOLI
8  SHKOLNIK, PLLC

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  MARC I. WILLICK, an individual,          Case No.  2:15-cv-00652-AB-CE

13              Plaintiff,                    *[Assigned to Hon. Andre Birotte, Jr.; and
                                             Magistrate Judge Charles F. Eick]*
14          v.

15  NAPOLI BERN RIPKA &                       **DECLARATION OF MARIE
    ASSOCIATES, LLP, a purported             KAISER NAPOLI IN SUPPORT OF
16  limited liability partnership; NAPOLI     NAPOLI SHKOLNIK PLLC'S
    BERN RIPKA SHKOLNIK &                     MOTION TO DISMISS FOR LACK
17  ASSOCIATES, LLP, a purported             OF PERSONAL JURISDICTION**
    limited liability partnership; NAPOLI
18  BERN RIPKA SHKOLNIK, LLP, a
    purported limited liability partnership;
19  NAPOLI BERN RIPKA, LLP, a                 HEARING DATE: 03/01/2019
    purported limited liability partnership;  TIME:            10:00 a.m.
20  NAPOLI KAISER BERN, LLP, a                COURTROOM:    Hon. Andre Birotte
    purported limited liability partnership;
21  MARC J. BERN, an individual; PAUL
    J. NAPOLI, an individual; NAPOLI
22  BERN, LLP, a limited liability
    partnership; NAPOLI, KAISER, BERN
23  & ASSOCIATES, LLP, a limited
    liability partnership; NAPOLI, BERN
24  & ASSOCIATES, LLP, a limited
    Liability partnership; LAW OFFICES
25  OF NAPOLI BERN, LLP, a limited
    liability partnership; LAW OFFICES
26  OF NAPOLI BERN RIPKA &
    ASSOCIATES LLP, a limited liability
27  partnership; LAW OFFICES OF
    NAPOLI BERN RIPKA SHKOLNIK
28  LLP, a limited liability partnership;

---

DECLARATION OF MARIE NAPOLI IN SUPPORT OF NAPOLI SHKOLNIK'S MOTION TO DISMISS

1  LAW OFFICES OF NAPOLI BERN
   RIPKA SHKOLNIK & ASSOCIATES
2  LLP, a limited liability partnership;
   PASTERNACK TILKER NAPOLI
3  BERN, LLP, limited liability
   partnership; NAPOLI SHKOLNIK
4  PLLC, a professional limited liability
   company; NAPOLI LAW PLLC, a
5  professional limited liability company;
   PAUL NAPOLI LAW PLLC, a
6  professional limited liability company;
   BERN RIPKA LLP, a limited liability
7  partnership; MARC J. BERN &
   PARTNERS LLP, a limited liability
8  partnership; NAPOLI & BERN LLP a
   limited liability partnership; MARC J.
9  BERN PLLC, a professional limited
   liability company; NAPOLI, KAISER
10 & ASSOCIATES, LLP, a limited
   liability partnership; NAPOLI, BERN,
11 KRENSTEL & GUZMAN, LLP, a
   limited liability partnership; WORBY,
12 GRONER, EDELMAN & NAPOLI,
   BERN, LLP, a limited liability
13 partnership; PAUL NAPOLI PLLC, a
   professional limited liability company,
14 and DOES 1 through 50,

15

16                 Defendants.

17

18

19 I, MARIE KAISER NAPOLI, hereby declare as follows:

20        1.       I am a partner of defendant Napoli Shkolnik PLLC ("Napoli

21 Shkolnik") and have personal knowledge of all matters stated herein.

22        2.       Napoli Shkolnik was incorporated in the state of New York on July 6,

23 2015.  I am a named partner of Napoli Shkolnik, i.e. the "Napoli" in the firm's

24 name refers to myself.  Attached hereto as Exhibit A is a true and correct copy of

25 the Articles of Organization.

26        3.       Paul Napoli joined the firm in July 2015 as Of Counsel to the firm, and

27 has held this title since that time.  He does not have an ownership interest in Napoli

28

Shkolnik.  He does not have any managerial duties.  Paul does not have access to the bank accounts or business assets of Napoli Shkolnik.

4.    Napoli Shkolnik is not handling any cases allegedly referred by Plaintiff Marc I. Willick ("Willick").

5.    Napoli Shkolnik never entered into any agreements with Willick.

6.    Napoli Shkolnik has a single California office located in the city of El Segundo, the lease of which was transferred to Napoli Shkolnik in January 2016. The California office has 5 attorneys and 3 support staff.

7.    In contrast, Napoli Shkolnik has two offices in the state of New York with 28 attorneys and 80 support staff.  Napoli Shkolnik has maintained an office in Manhattan since January 1, 2015.  The current address of the Manhattan office is 360 Lexington Avenue, New York, NY.  Napoli Shkolnik has maintained an office in Melville, NY since October 2, 2015.

8.    The equity partners of Napoli Shkolnik are myself, Marie Kaiser Napoli and Hunter Shkolnik.  Neither myself, nor Hunter Shkolnik were equity partners of Napoli Bern Ripka & Associates, LLP.

9.    Napoli Shkolnik has never assumed the liability of Napoli Bern Ripka & Associates, LLP.

10.   Napoli Shkolnik has never received any transfer of assets from Napoli Bern Ripka & Associates, LLP.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Dated:  January 23, 2019

_____
MARIE KAISER NAPOLI

DECLARATION OF MARIE NAPOLI IN SUPPORT OF NAPOLI SHKOLNIK'S MOTION TO DISMISS

# EXHIBIT A

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on July 7, 2015.

Anthony Giardina
Executive Deputy Secretary of State

Rev. 06/13

150706000 729

# ARTICLES OF ORGANIZATION

## OF

## NAPOLI SHKOLNIK PLLC

A Professional Service Limited Liability Company
Under Section 1203 of the Limited Liability Company Law of the State of New York

**THE UNDERSIGNED**, being a natural person of at least eighteen (18) years of age and acting as the organizer of the professional service limited liability company (the "Company") hereby being formed under Section 1203 of the Limited Liability Company Law of the State of New York (the "LLCL"), certifies that:

**FIRST:**       The name of the Company is **NAPOLI SHKOLNIK PLLC**

**SECOND:**   The profession(s) to be practiced by the Company is **LAW.**

**THIRD:**      The names, license Numbers, and residential addresses of all individuals who are to be the original members and or the original managers of the Company are:

Marie Napoli, 1985-4 Cedar Swamp Rd., Brookville, NY 11545
Hunter Shkolnik, 108 Centre Island Rd., Oyster Bay, NY 11771

**FOURTH:**   The county within the State of New York in which the principal office of the Company is to be located is Nassau.

**FIFTH:**       The Secretary of State is designated as the agent of the Company upon whom process against the Company may be served.  The post office address within or without the State of New York to which the Secretary of State shall mail a copy of any process against the Company served upon such Secretary of State is **THE PLLC, 250 Park Ave., Ste. 7045, New York, NY 10177.**

**IN WITNESS WHEREOF**, I have subscribed these Articles of Organization and do hereby affirm the foregoing as true under penalties of perjury, this  6th day of July, 2015.

_____
TRUDI WINTER
**Organizer**

150706000729



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Aprilanne Agostino,    Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that        Hunter Jay Shkolnik        was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the  5 th    day of        February 1986, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  March 30, 2015.

Clerk of the Court



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Aprilanne Agostino,    Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that        Marie Napoli        was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the   23 rd    day of        March 1994, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  January 21, 2015.

Clerk of the Court

729

# ARTICLES OF ORGANIZATION

## OF

## NAPOLI SHKOLNIK PLLC

A Professional Service Limited Liability Company
Under Section 1203 of the Limited Liability Law of the State of New York

# BLU-39
# DRAWDOWN

### FILED BY:

Blumberg*Excelsior* Corporate Services Inc.
236 Broadway
Menands, New York 12204

FILED
2015 JUL -6 PM 4:20

RECEIVED
2015 JUL -6 PM 12:06

200
STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   JUL 06 2015
TAX $
BY:

750