# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARC I. WILLICK, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPOLI BERN RIPKA & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA SHKOLNIK, LLP, a purported limited liability partnership; NAPOLI BERN RIPKA, LLP, a purported limited liability partnership; NAPOLI KAISER BERN, LLP, a purported limited liability partnership; MARC J. BERN, an individual; PAUL J. NAPOLI, an individual; NAPOLI BERN, LLP, a limited liability partnership; NAPOLI, KAISER, BERN & ASSOCIATES, LLP, a limited liability partnership; NAPOLI, BERN & ASSOCIATES, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN, LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, a limited liability partnership; LAW OFFICES OF NAPOLI BERN | **CASE NO. 2:15-cv-00652-AB-CE**<br><br>[Assigned to Hon. Andre Birotte, Jr.; and Magistrate Judge Charles F. Eick]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Action filed:　12/12/14 (Los Angeles County Superior Court<br>Trial Date:　None set |

Miller Barondess, LLP
Attorneys at Law
1999 Avenue of The Stars, Suite 1000  Los Angeles, California 90067
Tel: (310) 552-4400  Fax: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

RIPKA SHKOLNIK & ASSOCIATES LLP, a limited liability partnership; PASTERNACK TILKER NAPOLI BERN, LLP, a limited liability partnership; NAPOLI SHKOLNIK PLLC, a professional limited liability company; NAPOLI LAW PLLC, a professional limited liability company; PAUL NAPOLI LAW PLLC, a professional limited liability company; BERN RIPKA LLP, a limited liability partnership; MARC J. BERN & PARTNERS LLP, a limited liability partnership; NAPOLI & BERN, LLP, a limited liability partnership; MARC J. BERN PLLC, a professional limited liability company; NAPOLI, KAISER & ASSOCIATES, LLP, a limited liability partnership;  NAPOLI, BERN, KRENTSEL & GUZMAN, LLP, a limited liability partnership; WORBY, GRONER, EDELMAN & NAPOLI, BERN, LLP, a limited liability partnership; PAUL NAPOLI PLLC, a professional limited liability company, and DOES 1 through 50,

    Defendants.

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court hereby approves the Joint Stipulation to Dismiss the Action with Prejudice. This action is dismissed with prejudice, the parties to bear their own costs.

**IT IS SO ORDERED.**

DATED: July 23, 2019

_____
Hon. Andre Birotte Jr
United States District Judge